**Attachment Page 1**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL MOMENT
Plaintiff

-against-

Ahmed Rahimi,
Evans Fomunyoh,
City/Town of Takoma Park,
Kate Stewart, Antonio DeVaul,
Michelle Holmes, Kyle Robison #8388,
Daniel Bushman #8446, Marc Elrich,
Non-Profit Organization Montgomery County Corporation

Complaint for a Civil Case

Case No. TJS 22CV3199

Jury Trial    [X] Yes  [ ] No

Attachment: Page 2- 3 I. The Parties to This Complaint

B: Defendant No. 5

| | |
|---|---|
| Name | Antonio DeVaul |
| Job or Title | Chief of Police of Takoma Park |
| Street Address | 7500 Mape Ave. |
| City and County | Takoma Park, Montgomery County |
| State and Zip Code | Maryland, 20912 |
| Telephone Number | O: (301) 270 – 1100 |
| E-mail Address | N/A |

Defendant No. 6

| | |
|---|---|
| Name | Michelle Holmes |
| Job or Title | Police Officer |
| Street Address | 7500 Mape Ave. |
| City and County | Takoma Park, Montgomery County |
| State and Zip Code | Maryland, 20912 |
| Telephone Number | O: (301) 270 -1100 |
| E – mail Address | N/A |

Defendant No. 7

| | |
|---|---|
| Name | Kyle Robison |
| Job or Title | Police Officer |
| Street Address | 7500 Mape Ave |
| City and County | Takoma Park, Montgomery County |
| State and Zip Code | Maryland, 20912 |
| Telephone Number | (O): (301) 270 - 1100 |
| E – mail Address | E – mail Address |

Defendant No. 8

| | |
|---|---|
| Name | Daniel Bushman |
| Job or Title | Parking Enforcement |
| Street Address | 7500 Mape Ave. |
| City and County | Takoma Park, Montgomery County |
| State and Zip Code | Maryland, 20912 |
| Telephone Number | (O): (301) 270 - 1100 |

E – mail Address          N/A

Defendant No. 9

Name                      Marc Elrich
Job or Title              County Executive
Street Address            101 Monroe St.
City and County           Rockville, Montgomery County
State and Zip Code        Maryland, 20912
Telephone Number          (O): (301) 240 – 777 - 0311
E – mail Address          N/A


Defendant No. 10

Name                      Corporation of Montgomery County
Job or Title              N/A
Street Address            101 Monroe St.
City and County           Rockville, Montgomery County
State and Zip Code        Maryland, 20912
Telephone Number          (O) (301) 240 – 777 - 0311
E – mail Address

Attachment: Page 4 -5: II. If the Basis for Jurisdiction Is a Federal Question

2. The Defendant(s)

    a.   If the defendant is an individual

       The defendant, (name) Evans Fomunyoh, is a citizen of the State of (name) Wisconsin. Or is a citizen of (foreign nation) _____N/A_____.

    b.   If the Defendant is a corporation

       The defendant, (name)___N/A_____, is incorporated under the laws of the State of (name) ___N/A_____, and has its principal place of business in the State of (name) _____N/A_____,. Or is incorporated under the laws of (foreign nation).

The Defendant(s)

    a.   If the defendant is an individual

       The defendant, (name) ___N/A_____, is a citizen of the State of (name) _____N/A_____. Or is a citizen of (foreign nation).

    b.   If the defendant is a corporation

       The defendant, (name) City/Town of Takoma Park, is incorporated under the laws of the State of (name) Maryland, and has its principal place of business in (name) Montgomery County, Maryland.

The Defendant(s)

    a.   If the defendant is an individual

       The defendant, (name) Kate Stewart, is a citizen of the State of (name) Maryland. Or is a citizen of (foreign nation)____N/A_____.

    b.   If the defendant, (name)_____N/A_____, is incorporated under the laws the State of (name) _____N/A_____, and has its principal place of business in (name) ____N/A_____.

The Defendant(s)

    a.   If the defendant, (name) Antonio DeVaul, is a citizen of the State of (name) Maryland. Or is a citizen of (foreign nation) _____N/A_____.

b. If the defendant, (name) __N/A_____, is incorporated under the laws of the State of (name)_____N/A_____. Or is incorporated under the laws of (foreign nation) ___N/A_____, and has its principal place of business in (name).

The Defendant(s)

a. If the defendant is an individual

   The defendant, (name) Michelle Holmes, is a citizen of the State of (name) Maryland. Or is a citizen of (foreign nation) ____N/A_____.

b. If the defendant is a corporation

   The defendant, (name) ____N/A_____, is incorporated under the laws of the State of (name) _____N/A_____, and has its principal place of business in the State (name) _____N/A_____. Or is incorporated under the laws of (foreign nation) _____N/A_____, and has its principal place of business in (name) ___N/A_____.

The Defendant(s)

a. If the defendant is an individual

   The defendant, (name) Daniel Bushman, is a citizen of the State of (name) Maryland. Or is a citizen of (foreign nation) ____N/A_____.

b. If the defendant is a corporation

   The defendant, (name) _____N/A_____, is incorporated under the laws of the State of (name _____N/A_____, and has its principal place of business in the State of (name) ___N/A_____. Or is incorporated under the laws of (foreign nation) ____N/A_____, and has its principal place of business in (name)____N/A_____.

The Defendant(s)

a. If the defendant, (name) Kyle Robison, is a citizen of the State of (name) Maryland. Or is a citizen of (foreign nation) _____N/A_____.

b. If the defendant is a corporation

The defendant, (name) ____N/A_____, is incorporated under the laws of the State of (name) _____N/A_____, and has its principal place of business in the State of (name) ____N/A_____. Or is incorporated under

the laws of (foreign nation) ___N/A_____, and has its principal place
of business in (name) __N/A_____.

The Defendant(s)

a.  If the defendant is an individual

    The defendant, (name) Marc Elrich, is a citizen of the State of (name) Maryland.
    Or is a citizen of (foreign nation ___N/A_____.

b.  If the defendant is a corporation

    The defendant, (name) _____N/A_____, is incorporated
    under the laws of the State of (name) ____N/A_____, and has its
    principal place of business in the State of (name) ___N/A_____. Or is
    incorporated under the laws of (foreign nation) ___N/A_____,
    and has its principal place of business in (name) ___N/A_____.

The Defendant(s)

a.  If the defendant is an individual

    The defendant, (name) ___N/A_____, is a citizen of the State
    of (name) _____N/A_____. Or is a citizen of (foreign nation)
    _____N/A_____.

b.  If the defendant is a corporation

The defendant, (name) Montgomery County, is incorporated under the laws of the
State of (name) Maryland, and has its principal place of business in the State of
(name) Maryland. Or is incorporated under the laws of (foreign nation)
_____N/A_____, and has its principal place of business in (name)
_N/A_____.

Page 5:

3. The Amount in Controversy

The amount in controversy -------------- the amount the plaintiff claims the defendant owes or the amount at stake ----------- is more than $75,000, not counting interest and costs of court, because (explain)

a.  Defendant, Ahmed Rahimi, made a contract with the Plaintiff, and when the Plaintiff informed the defendant of criminal activities on the private property that he (Plaintiff) was contracted to manage, secure, and keep clean. The defendant conspired with the lessee Defendant, Evans Fomunyoh, Defendant, City/Town of Takoma Park, Defendant, Antonio DeVaul, Defendant, Kate Stewart, Defendant, Michelle Holmes, Defendant, Daniel Bushman, Defendant, Kyle Robison to have the Plaintiff illegally evicted (Maryland Code, Real Property sec. 8-401, 8-402.1, 8-402(b) (3)), arrested (Title 42 U.S.C. sec. 1983), breach of contract, (Maryland Code Commercial Law sec.22-701) false imprisonment (Title 25 CFR 11.404), intentional infliction of emotional distress (Climate Change and Public Health Law, Title 18 U.S.C. sec. 248 ), slander (Tort Law), menace, putting Plaintiffs life in danger, damage of property, due process (Fifth and Fourteenth Amendment, Constitution and civil Rights violations (Title 18,U.S.C. sec. 249), retaliation (Title 18 U.S.C. sec. 242), .

2. Evans Fomunyoh: $3, 000,000 (Three Million Dollars)

a.  Defendant, Evans Fomunyoh, made a contract with the Plaintiff, and when the Plaintiff informed the defendant of criminal activities on the private property that he (Plaintiff) was contracted to manage, secure, and keep clean. The defendant conspired with the lessee Defendant, Ahmed Rahimi, Defendant, City/Town of Takoma Park, Defendant, Antonio DeVaul, Defendant, Kate Stewart, Defendant, Michelle Holmes, Defendant, Daniel Bushman, Defendant, Kyle Robison to have the Plaintiff illegally evicted (Maryland Code, Real Property sec. 8-401, 8-402.1, 8-402(b) (3)), arrested (Title 42 U.S.C. sec. 1983), breach of contract, (Maryland Code Commercial Law sec.22-701) false imprisonment (Title 25 CFR 11.404), intentional infliction of emotional distress (Climate Change and Public Health Law, Title 18 U.S.C. sec. 248 ), slander (Tort Law), menace, putting Plaintiffs life in danger, damage of property, due process (Fifth and Fourteenth Amendment, Constitution and civil Rights violations (Title 18,U.S.C. sec. 249), retaliation (Title 18 U.S.C. sec. 242),

3.  City/Town of Takoma Park: $ 10,000,000 (Ten Million Dollars)

a.  Defendant, City/Town of Takoma Park, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights

Page 5

b. (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate ( Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

4. Kate Stewart: $1,000,000 (One Million Dollars)

Defendant, Kate Stewart, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate (Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

5. Antonio DeVaul: $3,000,000 (Three Million Dollars)

a. Defendant, Antonio DeVaul, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate ( Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

6. Michelle Holmes: $3,000,000 (Three Million Dollars)

a. Defendant, Michelle Holmes, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate ( Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

7. Daniel Bushman: $1,000,000 (One Million Dollars)

Page 5

a. Defendant, Daniel Bushman, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate ( Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

8. Kyle Robison: $3,000,000 (Three Million Dollars)

a. Defendant, Kyle Robison, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate ( Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

9. Marc Elrich: $19,500,000 (Nineteen Million Five Hundred Thousand Dollars)

a. Defendant, Marc Elrich, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights (Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due process, Constitution and civil Rights violations, retaliation and intimidate (Title 18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241), Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle Holmes, Daniel Bushman, Kyle Robison.

10. Montgomery County: $19,500,000 (Nineteen Million Five Hundred Thousand Dollars)

a. Defendant, Montgomery County, failing to supervise it's employees, conspiring to commit an unlawful and harmful acts against Plaintiff (Title 18 U.S.C. sec. 242, violating Plaintiff, privileges and immunities (Article IV, sec 2 of Constitution, Fourteenth Amendment, violating Plaintiffs equal protection rights

Page 5

(Fourteenth Amendment), damage of property (Title 18 U.S.C. sec.247), due
process, Constitution and civil Rights violations, retaliation and intimidate ( Title
18 U.S.C. sec.245 (b)(2)) , conspired with defendants (Title 18 U.S.C. sec. 241),
Kate Stewart, Antonio DeVaul, Ahmed Rahimi, Evans Fomunyoh, Michelle
Holmes, Daniel Bushman, Kyle Robison.

Attachment Page: 6 **III. Statement of Claim**

In March of 2019, the Plaintiff, Michael Moment, entered into an agreement/contract
with the Defendant, Ahmed Rahimi, concerning a property he owned at 6530 New
Hampshire Ave. Takoma Park, Maryland 20912. This agreement/contract consisted of
the Plaintiff, to clean, secure, manage, and try and find someone to purchase the property.
Plaintiff in return could use the property to work on vehicles, the Plaintiff, receive the
keys from Defendant, Ahmed Rahimi and Plaintiff entered the property and begin to
perform the agreement/contract the Plaintiff marked the property with no trespassing
restricted signs and do not enter signs. On November 7, 2019, Officer Thomas A. Sims
#8421 of the City of Takoma Park Police entered onto the property of 6530 New
Hampshire Ave. Takoma Park, Maryland, 20912 that was clearly posted "No Trespassing
Signs" under the Plaintiff's Fourth Amendment Right which states: " The right of the
people to be secure in their persons, house, papers, and effects against unreasonable
searches and seizures, shall not be violated". Officer Sims place handcuffs on the
Plaintiff and deprive the Plaintiff of his freedom of movement. Officer Sims was at the
wrong address when this illegal detainment took place. Plaintiff rights under the Supreme
Law " Constitution Of The United States" under the Fourteenth Amendment which
states: "No state shall make or enforce any law which shall ABRIDGE the privileges or
immunities of citizens of the United States; nor shall any state deprive any person of life,
liberty, or property, without due process of law; nor deny to any person within its
jurisdiction the equal protection of the laws." under Title 18, U.S.C., sec. 242
"Deprivation Of Rights Under Color Of Law". Plaintiff was release from restraints after
Officer Sims contacted the real estate agent who was trying to sale property. Around the
middle of 2019, the Plaintiff met with Defendant, Evans Fomunyoh and broker a deal
between Defendant, Ahmed Rahimi and Defendant, Evans Fomunyoh to purchase the
property at 6530 New Hampshire Ave. Takoma Park, Maryland 20912. The Defendant,
Ahmed Rahimi did not want to lease or sale the property to the Defendant, Evans
Fomunyoh but after have a discussion with the Plaintiff. Defendant Ahmed Rahimi
agreed to lease to own the property at 6530 New Hampshire Ave. Takoma Park,

Attachment Page: 6 **III. Statement of Claim**

Maryland 20912. A meet was scheduled where the Defendants, Ahmed Rahimi, Evans Fomunyoh and his girlfriend and Plaintiff met to discuss the lease agreement. At this meeting one of the agreement was that the Plaintiff would remain on the property to monitoring the progress of the property. The Defendant Evans Fomunyoh received a copy of a set of keys from the Plaintiff.

On April 3, 2020, while working on the property the Plaintiff observed a Takoma Park police cruiser sitting on the parking lot at 6500 New Hampshire Ave. Takoma Park, Maryland 20912 (Mid Atlantic Seafood Restaurant) the Plaintiff walked to the back of the property when the same Takoma Park police cruiser appeared on the street behind the property, a Sgt. Erwin #8304 exited the cruiser and begin to slender, attempt to verbally harassed, intimidate, belittle, and cursed out the Plaintiff. The Plaintiff ignored Sgt. Erwin and begins to walk back to the front of the property. Sgt. Erwin than drove on the side of the building of Jiffy Lube at 6510 New Hampshire Ave. Takoma Park, Maryland, 20912. Sgt. Erwin continues his assault of harassment and intimidation (Caught on recording), Sgt. Erwin told Plaintiff not to mess with a sign anymore on the property. Then Sgt. Erwin drove back to the Mid Atlantic parking lot and parked the Plaintiff what to obtain the officer name and badge number (at the time the Plaintiff did not know who he was). While the Plaintiff was standing on the public sidewalk recording Sgt. Erwin sitting in the cruiser and asking him his name and badge number, Sgt. Erwin gets out of his cruiser an approach and batter the Plaintiff and then arrest Plaintiff for disorderly conduct, telephone misuse repeat calls. Plaintiff was transported to the Montgomery County Detention Center at 1307 Seven Locks Rd, Rockville, Maryland 20854 where he was process. Then Plaintiff was moved to the Montgomery County Correctional Prison at 22880 Whelan Ln., Boyds, Maryland, 20841 held and then released.

On April 20, 2020, Plaintiff filed a Motion Demand for Jury Trial case no.3D00409300 case was transferred to the Circuit Court for Montgomery County, Maryland at 50 Maryland Ave. Rockville, Maryland, 20850. After the State seen the recording of the incident, on August 1st 2020, Plaintiff went to court where the charges were dropped.

On April 28, 2022 the Defendants Evans Fomunyoh, Antonio DeVaul, Christy Ehlert, Andrew Powell, Richard Poole, City/Town of Takoma Park, Ahmed Rahimi, Michelle Holmes conspired to violate Plaintiff's Constitutional and Civil Rights. On April 28, 2022, Plaintiff was on the property of 6530 New Hampshire Ave. Takoma Park, Maryland 20912 a squad of Takoma Park police came onto the property. This squad of law enforcement brass was being lead by the Chief of Police of the Takoma Park Department the Defendant Antonio DeVaul, Lt. Michelle Holmes and at lease five other senior brass officers and Defendant, Ahmed Rahimi the owner of the property. An Officer approached the Plaintiff and told him that he needed to leave the property right now are he (Plaintiff) would be arrested for trespassing. Plaintiff informed the officer that he (Plaintiff) had a contract/agreement and if they would like him to leave there is a procedure to have him leave. Plaintiff also informed the officer that there was no way he could leave right now and that he would need time to remove his property from the property. The officer informed the Plaintiff that he need to leave right now are be arrested, the Plaintiff stated that he would take that hit. The Defendant, Antonio DeVaul directed the officer to arrest the Plaintiff. At no time did Plaintiff receive any notification

11

Attachment Page: 6 **III. Statement of Claim**

of an eviction process. Plaintiff was charged with TRESPASS: PRIVATE PROPERTY |CR 6 403|. After Plaintiff was arrested and transported to the Montgomery County Detention Center the Takoma Park police broke into the Plaintiff's van that was locked. The Defendants, Antonio DeVaul, Lt. Michelle Holmes, Ahmed Rahimi, City/Town of Takoma Park damage the Plaintiff property (Nine Vehicles), these nine vehicles on the property, the Plaintiff had control of. The Defendant Antonio DeVaul directed the officer to call three different towing companies to come and tow the nine vehicles of the property. Plaintiff was release from the Montgomery County Detention Center and went to the Takoma Park police department to find out where the nine vehicles were towed too. The Plaintiff was told by the dispatcher of the Takoma Park Police Department that his supervisors (Interaction was Record) told him not to give any information to the Plaintiff about where the vehicles where taking. Plaintiff contacted the Montgomery County Executive to expedite the illegal eviction and the illegal taking of private property (the nine vehicles) that were being held at the Montgomery County Abandoned Motor Unit at 305 Metropolitan Grove Rd., Gaithersburg, Maryland 20878. The Montgomery County Executive Office order all eight vehicles return to the Plaintiff with no charge. On April 20, 2020, Plaintiff filed a Demand For Jury Trial the Montgomery County Judicial system denied Plaintiffs Constitutional Right to a speedy and public trial, by an impartial jury. The Defendant, Montgomery County transferred the Plaintiffs case to the District Court of the Defendant, Montgomery County where the case came before a one judge tribunal at no time did the Plaintiff waive his right to a jury trial the Defendant, Montgomery County then nolle prosequi the Plaintiffs case. The Defendant, Montgomery County then returned the Plaintiffs eight vehicles with out any payment from Plaintiff.

On July 13, 2022, the Defendant, Daniel Bushman #8446 of the Takoma Park, Maryland parking, and code enforcement, police begin placing citation on Plaintiff's vehicles while parked on a public street. After Defendant, Daniel Bushman #8446 had place a numerous of this illegal citation on the Plaintiff's private property (vehicles) he (Defendant, Daniel Bushman) had the vehicles towed back to the Montgomery County Abandoned Motor Unit at 305 Metropolitan Grove Rd., Gaithersburg, Maryland, 20878. Plaintiff again notified the Montgomery County Executive Office of these illegal towing by the Defendants, City of Takoma Park, Daniel Bushman the Defendant, but this time the Montgomery County Executive refuse intervene in the attempted intimidation and harassment to the Plaintiff.

On August 8, 2022, the Plaintiff travel to the Takoma Park Police Department at 7500 Maple Ave. Takoma Park, Maryland, 20912, to obtain information on the whereabouts of his private property. Plaintiff was traveling on this motorcycle and after Plaintiff received the information he was seeking he left the police department and observe Defendant, Kyle Robison #8388 standing in the police parking lot Plaintiff walked by Defendant, Kyle Robison #8388 and mounted his motorcycle. Plaintiff observes Defendant, Kyle Robison get into a Takoma Park police cruiser. Plaintiff was stop at the traffic light at Maple Ave. and Philadelphia when the Defendant, Kyle Robison #8388 pulled up behind the Plaintiff. The traffic light turn green and Plaintiff made a left turn on Philadelphia Ave. then the Defendant Kyle Robison #8388 turn on his emergency lights and pulled over the Plaintiff. Defendant, Kyle Robison stated that he could not see the tag on the

Attachment Page: 6 **III. Statement of Claim**

bike and he need Plaintiff's license and registration, Plaintiff inform Defendant, Kyle Robison that he was traveling and he did not need to produce any such documents. Defendant, Kyle Robison place Plaintiff under arrest and transported Plaintiff to the Montgomery County Prison at 1307 Seven Locks Rd., Rockville, Maryland, 20854. While at the detention/prison Plaintiff was ever process he was place in the holding cell watching the National Geographic Channel for nineteen and a half hours. Plaintiff sat in the holding cell until the sergeant who was there when the Plaintiff first arrived at the Montgomery County Prison came back to work asked him (Plaintiff) why he was still here. Plaintiff was then brought before a commissioner and told that the matter was now a criminal act. Plaintiff was release from the Montgomery County Detention Center at 1307 Seven Locks Rd., Rockville, Maryland 20854 with out any court date to appear to.

On August 23, 2022, Plaintiff filed a Demand for a Jury Trial pursuant to Sixth Amendment of United States Constitution and Article 21 and 23 of the Declaration of Rights of the Maryland Constitution and Maryland Crime Causes 4-301. The Montgomery County denied the Plaintiff's Right to be tried by his peers. On September 29, 2022, Plaintiff filed a Motion to Objected to the denial of a jury trial. On August 7, 2022 the Plaintiff's Motion to Object for denial of jury trial was granted and Plaintiff's proceeding was transferred to the Montgomery County Circuit Court at 50 Maryland Ave., Rockville, Maryland, 20850 with a trial date of January 31, 2023. On October 19, 2022, Plaintiff filed a Pros Se Motion for Clarification was filed with Clerk of the Montgomery County Circuit Court at 50 Maryland Ave., Rockville, Maryland, 20850. On October 24, 2022, Plaintiff contacted the clerk of the court to find out why the clerk's office change the title of his Pro Se Motion for Clarification to Motion for Appropriate Relief. The clerk told Plaintiff they had no code/statute for a Motion for Clarification. On October 18, 2022, the Montgomery County Abandoned Motor Unit at 305 Metropolitan Grove Rd., Gaithersburg, Maryland, 20878 give Plaintiff private property (Mercedes-Benz C-230 AMG 2007) to some individuals who were not the owner. Plaintiff contacted the individuals who stole his property from the Montgomery County Police Facility. On October 26,2022, Defendants City/Town of Takoma Park, Antonio DeVaul, Daniel Bushman, Sgt. Victor Glouchkov #8447 towed the Plaintiff's property (Mercedes-Benz C-230 AMG 2007) again and taking back to the Montgomery County Abandoned Motor Unit at 305 Metropolitan Grove Rd., Gaithersburg, Maryland, 20878. The Montgomery County Abandoned Motor Unit charge $1,200.00 to the individuals who stole the Plaintiff's property from their facility.

Attachment Page 7 IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Defendant, City/Town of Takoma Park:

Defendant, City/Town of Takoma Park, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
False Imprisonment $19,500,000
False Arrest $1,000,000
Damage of Private Property $50,000
Violations of Civil Rights $5,000,000
Violations of Constitutional Rights $5,000,000

Defendant, Kate Stewart:

Defendant Kate Stewart, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
False Imprisonment $19,500,000
False Arrest $1,000,000
Damage of Private Property $50,000
Violations of Civil Rights $5,000,000
Violations of Constitutional Rights $5,000,000

Defendant, Antonio DeVaul:

Defendant, Antonio DeVaul, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000

Attachment Page 7 IV. Relief

  Conspiracy Against Rights $1,000,000
  False Imprisonment $19,500,000
  False Arrest $1,000,000
  Damage of Private Property $50,000
  Violations of Civil Rights $5,000,000
  Violations of Constitutional Rights $5,000,000

Defendant, Michelle Holmes:

Defendant, Michelle Holmes, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
False Imprisonment $19,500,000
False Arrest $1,000,000
Damage of Private Property $50,000
Violations of Civil Rights $5,000,000
Violations of Constitutional Rights $5,000,000

Defendant, Daniel Bushman:

Defendant, Daniel Bushman, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
Damage of Private Property $50,000
Violations of Civil Rights $5,000,000
Violations of Constitutional Rights $5,000,000

Defendant, Kyle Robison:

Defendant, Kyle Robison,
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
False Imprisonment $19,500,000
False Arrest $1,000,000
Violations of Civil Rights $5,000,000

Attachment Page 7 IV. Relief

Violations of Constitutional Rights $5,000,000
Damage of Private Property $50,000
Violations of Civil Rights $5,000,000
Violations of Constitutional Rights $5,000,000

Defendant, Ahmed Rahimi:

Defendant, Ahmed Rahimi, Breach of Contract $3,000,000
Conspiracy Against Rights $1,000,000
False Arrest $1,000,000

Defendant, Evans Fomunyoh:

Defendant, Evans Fomunyoh, Breach of Contract $3,000,000
Conspiracy Against Rights $1,000,000
False Arrest $1,000,000,
Violations of Civil Rights $2,000,000
Violations of Constitutional $2,000,000

Defendant, Marc Elrich:

Defendant, Marc Elrich, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
False Imprisonment $19,500,000
False Arrest $1,000,000
Damage of Private Property $50,000
Violations of Civil Rights $5,000,000
Violations of Constitutional Rights $5,000,000

Defendant, Montgomery County:

Defendant, Montgomery County, Failure to supervise it's employees $1,000,000
Failure to train it's employees $1,000,000
Breach of Law $1,000,000
Intentional Infliction of Emotional Distress $1,000,000
Conspiracy Against Rights $1,000,000
False Imprisonment $19,500,000
False Arrest $1,000,000
Damage of Private Property $50,000

Attachment Page 7 IV. Relief

    Violations of Civil Rights $5,000,000
    Violations of Constitutional Rights $5,000,000

    Return Plaintiff private property: Kawasaki Ninja 600 Motorcycle, 2012, Mazda 3
    (JM1BL1UG1CI531140), 2007, Mercedes Benz C230 AMG
    (WDBRF52H97E027019)
To have the Defendants pay for the Damages of Plaintiff private property which
occurred while in their possession.


_____    12-13-2022
Plaintiff's Signature             Date

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### CERTIFICATE OF SERVICE

I, Plaintiff, Michael Moment, certify that on _12-13-2022_____, I served the Defendants with the foregoing documents Complaint for a Civil Case, Summons in a Civil Action by [hand delivered or mailed via U.S. Mail or other carrier] to the persons, City/Town, Corporation listed below:

Ahmed Rahimi,
4903 Annapolis Road
Bladensburg, Maryland 20710

Evans Fomunyoh,
7018 Bluff Point Dr.
Madison, Wisconsin 53718
Or
6600 New Hampshire Ave.
Takoma Park, Maryland 20912

City/Town of Takoma Park,
7500 Maple Avenue
Takoma Park, Maryland 20912

Kate Stewart,
7500 Maple Avenue
Takoma Park, Maryland 20912

Antonio DeVaul,
7500 Maple Avenue
Takoma Park, Maryland 20912

Michelle Holmes,
7500 Maple Avenue
Takoma Park, Maryland 20912

Kyle Robison,
7500 Maple Avenue
Takoma Park, Maryland 20912

CERTIFICATE OF SERVICE

Daniel Bushman,
7500 Maple Avenue
Takoma Park, Maryland 20912

Marc Elrich,
101 Monroe Street, 2nd Floor
Rockville, Maryland 20850

Non-Profit Organization Montgomery County Corporation.
101 Monroe Street, 2nd Floor
Rockville, Maryland 20850

Michael Moment

Name Plaintiff

18010 Trenton Pl. #301

Washington D.C. 20020

Address