### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND



MICHAEL MOMENT
Plaintiff

Complaint for a Civil Case

-against-

Ahmed Rahimi,
Evans Fomunyoh,
City/Town of Takoma Park,
Kate Stewart, Antonio DeVaul,
Michelle Holmes, Kyle Robison #8388,
Daniel Bushman #8446, Marc Elrich,
Non-Profit Organization Montgomery County Corporation

Case No. AAQ-22-3199

Jury Trial   [X] Yes  [ ] No

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Plaintiff, Michael Moment respectfully moves for default judgment against Defendant(s) Daniel Bushman, Michelle Holmes, Antonio DeVaul, City/Town of Takoma Park, Evans Fomunyoh, pursuant to Federal Rule of Civil Procedure 55(b). In support of this request Plaintiff, Michael Moment, relies upon the record in this case and the affidavit submitted herein.

 

Respectfully submitted,
Michael Moment
May 9, 2023
18010 Trenton Pl. #301
Washington, D.C. 20020
(240) 556 – 4231

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL MOMENT
Plaintiff

Complaint for a Civil Case

-against-

Ahmed Rahimi,
Evans Fomunyoh,
City/Town of Takoma Park,
Kate Stewart, Antonio DeVaul,
Michelle Holmes, Kyle Robison #8388,
Daniel Bushman #8446, Marc Elrich,
Non-Profit Organization Montgomery County Corporation
Defendants

Case No. AAQ-22-3199

Jury Trial   [X] Yes  [ ] No

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Michael Moment, being duly sworn, state as follows:

1. The summons and complaint were filed on March 29, 2023, the Clerk of the court informed Plaintiff that the U.S. Marshals would be serving the defendants the complaint and summons. The Plaintiff did not receive the summons or complaint back from the Clerk of court. On January,31, 2023, an order was made by Judge Ajmel A. Quereshi which stated at Plaintiff had (21) days to pay $2 to complete the filing fees. The $2 was waived the day Plaintiff filed his complaint, but Plaintiff paid the $2 on February 13, 2023, pursuant to the order. The Clerk o the court informed the Plaintiff that the U.S. Marshals would serving the summons on the Defendants. On March 30, 2023, an order was again made by Judge Ajmel A. Quereshi stating that the "Defendant should have been served with process within 90 days of the filing of the filing of the complaint, or by March 13, 2023. In light of the delay in the issuance of Summonses, Plaintiff could not comply with this requirement and will be granted additional time to effectuate service." Judge Ajmel A. Quereshi ordered Plaintiff 60 additional days to effectuate service of summonses on Defendant. On April 5, 2023, Plaintiff received the order and the summons from the Clerk of the court. Plaintiff went to the Clerk of the court to see what was going on with the service of the summons, Plaintiff was informed that he (Plaintiff) could take it up with the judge. On April 14, 2023, the Plaintiff had the summons served on Defendant, Daniel Bushman, Michelle Holmes, Antonio DeVaul, City/Town of Takoma Park, Evans Fomunyoh each one of these serve of proof of service was also recorded by camera for proof of service. It is now May 5, 2023, and the Defendants Daniel Bushman, Michelle Holmes, Antonio DeVaul, City/Town of Takoma did not answer to attached compl-

aint pursuant to Rule 12 of the Federal Rule of Civil procedure. The Defendants Daniel Bushman Michelle Holmes, Antonio DeVaul, City/Town of Takoma Park, Evans Fomunyoh have failed to plead or otherwise defend within the time allowed and, therefore, are now in default. Plaintiff requests that the Clerk of court enter default against the defendant(s)

May ____, 2023

_____

Sworn to and subscribed before Me this _____ day of _____, 2023.

_____
Notary Public
My Commission Expires:_____

*[signature]*
May 9, 2023

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL MOMENT
Plaintiff

Complaint for a Civil Case

-against-

Ahmed Rahimi,
Evans Fomunyoh,
City/Town of Takoma Park,
Kate Stewart, Antonio DeVaul,
Michelle Holmes, Kyle Robison #8388,
Daniel Bushman #8446, Marc Elrich,
Non-Profit Organization Montgomery County Corporation

Case No. AAQ-22-3199

Jury Trial   [X] Yes  [ ] No

### ENTRY OF DEFAULT

It appears that Defendant(s): Daniel Bushman, Michelle Holmes, Antonio DeVaul, City/Town of Takoma Park, Evans Fomunyoh are / is in Default for failure to appear or otherwise defend as required By Law, Default is hereby entered as against said defendants on this day ___9___ of ___May___.

_____
Clerk of Court
United States District Court
for the
District of Maryland

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL MOMENT
Plaintiff

Complaint for a Civil Case

-against-

Ahmed Rahimi,
Evans Fomunyoh,
City/Town of Takoma Park,
Kate Stewart, Antonio DeVaul,
Michelle Holmes, Kyle Robison #8388,
Daniel Bushman #8446, Marc Elrich,
Non-Profit Organization Montgomery County Corporation

Case No. AAQ-22-3199

Jury Trial   [X] Yes  [ ] No

## CERTIFICATE OF SERVICE

I, Michael Moment, hereby certify that a copy of the PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT, AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT, was mailed first-class mail, postage prepaid, on _____, of _____, to the Defendant(s) Daniel Bushman, Michelle Holmes, Antonio DeVaul, at 7500 Mape Ave. Takoma Park, Md. 20912, Evans Fomunyoh at 6600 New Hampshire Ave. Takoma Park, Md. 20912.

I, Michael Moment, declare under penalty of perjury that this information is true.

_____
Date

_____
Michael Moment
18010 Trenton Pl. #301
Washington, D.C. 20020

5