IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

MICHAEL MOMENT

   Plaintiff,

v.                                   Case No. 8:22-cv-03199-AAQ

AHMED RAHIMI, et al

   Defendants.

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR ENRTY OF DEFAULT**

Defendants City of Takoma Park, Antonio DeVaul, Michelle Holmes, and Daniel Bushman (the "Takoma Park Defendants"), submit this Response in opposition to Plaintiff's motion for entry of default.

On December 13, 2022, Plaintiff filed his Complaint in the above-captioned matter. ECF 1. By order dated March 30, 2023, the Court directed Plaintiff to serve all Defendants within 60 days. ECF 6. Plaintiff alleges that service was made on the Takoma Park Defendants on April 14, 2023, and seeks an entry of default against those Defendants for an alleged failure to timely respond to the Complaint. Default is not proper in this matter because the Plaintiff has not properly served the Takoma Park Defendants.

Plaintiff alleges that he had the Takoma Park Defendants personally served with the summons and Complaint on April 14, 2023. Plaintiff's attempt at personal service, however, does not comply with the Federal Rules of Civil Procedure. Under the Rules, personal service requires that Plaintiff deliver "a copy of the summons and the complaint to the individual personally" and also prohibits a *party* from serving the documents. Fed. R. Civ. P. 4(c)(2) & (e)(2)(A).

Here, Plaintiff and another unnamed individual merely left copies of the summons and Complaint with the clerks at the reception desks of the Takoma Park Police Department and the City of Takoma Park. Plaintiff did not personally serve the Takoma Park Defendants with the summons and Complaint and the desk clerks are not authorized to accept service on behalf of the Defendants. Exhibits 1-4. Further, Plaintiff violated Fed. R. Civ. P. 4(c)(2) which prohibits a "a party" form serving the documents. Here, Plaintiff was present and participated in the attempt to serve these Defendants. *Id*. Because Plaintiff has failed to properly serve these Defendants entry of default would be improper.

Finally, on May 9, 2023, the undersigned counsel contacted Plaintiff and advised him that he had not properly served the Takoma Park Defendants. The undersigned also advised the Plaintiff that he was corresponding with these Defendants for the purposes of obtaining authorization to accept service on their behalf in the hopes of resolving this jurisdictional dispute. Plaintiff declined the undersigned's requests for additional time to finalize that authority. Regardless, the undersigned has been granted that authority and is willing to accept service of the summons and Complaint on behalf of these Defendants.

## CONCLUSION

For the reasons stated above, the Plaintiff's Motion for Default Judgment should be denied.

Respectfully submitted,

/s/ Raymond R. Mulera

_____

Raymond R. Mulera
Federal Bar # 09454
rmulera@lgit.org
7225 Parkway Drive
Hanover, Maryland  21076
Office (443) 451-1700
Facsimile (443) 561-1701

Counsel for the Takoma Park Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May 2023, a copy of the foregoing Notice of Entry of Appearance was served electronically via ECF with notice to all counsel of record and by first class mail on Michael Moment, 18010 Trenton Place, #301, Washington, D.C.

/s/ Raymond R. Mulera

_____

Raymond R. Mulera.