Exhibit 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

MICHAEL MOMENT

    Plaintiff,

v.

AHMED RAHIMI, et al

    Defendants.

Case No. 8:22-cv-03199-AAQ

## AFFIDAVIT OF ANTONIO DEVAUL

COMES NOW, the Affiant Antonio DeVaul, and hereby swears and affirms upon personal knowledge and under penalty of perjury as follows:

1. My name is Antonio DeVaul. I am over eighteen years of age and am competent to testify.

2. I am currently employed by the City of Takoma Park, Maryland as the Chief of Police.

3. I am aware that Mr. Moment has filed a lawsuit against me and a number of other Takoma Park employees. I am also aware that he alleges that he and another individual personally served me with a copy of the summons and Complaint on April 14, 2023. That is incorrect. Mr. Moment left a copy of the summons and Complaint with the front desk clerk. The clerk is not authorized to accept service of process on my behalf or on behalf of any other City employee.

4. I have authorized my attorney, Raymond R. Mulera, to accept service of the summons and Complaint on my behalf.

5/10/2023
Date

_____
Chief Antonio DeVaul