Exhibit 2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

MICHAEL MOMENT

    Plaintiff,

v.                              Case No. 8:22-cv-03199-AAQ

AHMED RAHIMI, et al

    Defendants.

## AFFIDAVIT OF MICHELLE HOLMES

COMES NOW, the Affiant Michelle Holmes, and hereby swears and affirms upon personal knowledge and under penalty of perjury as follows:

1. My name is Michelle Holmes. I am over eighteen years of age and am competent to testify.

2. I am currently employed by the City of Takoma Park, Maryland as a police officer.

3. I am aware that Mr. Moment has filed a lawsuit against me and a number of other Takoma Park employees. I am also aware that he alleges that he and another individual personally served me with a copy of the summons and Complaint on April 14, 2023. That is incorrect. Mr. Moment left a copy of the summons and Complaint with the front desk clerk. The clerk is not authorized to accept service of process on my behalf.

4. I have authorized my attorney, Raymond R. Mulera, to accept service of the summons and Complaint on my behalf.

05/10/2023                                        _____
Date                                               Michelle Holmes