Exhibit 4

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

MICHAEL MOMENT

 Plaintiff,

v.           Case No. 8:22-cv-03199-AAQ

AHMED RAHIMI, et al

 Defendants.

## AFFIDAVIT OF DAVID EUBANKS

COMES NOW, the Affiant David Eubanks, and hereby swears and affirms upon personal knowledge and under penalty of perjury as follows:

1. My name is David Eubanks. I am over eighteen years of age and am competent to testify.

2. I am currently employed by the City of Takoma Park as the Acting Deputy City Manager. As the Acting Deputy City Manager, I am the City's designated agent for the acceptance of service of process.

3. I am aware that Mr. Moment has filed a lawsuit against the City and a number of Takoma Park employees. I am also aware that he alleges that he and another individual personally served me with a copy of the summons and Complaint on April 14, 2023. That is incorrect. Mr. Moment left a copy of the summons and Complaint with the front desk clerk. The clerk is not authorized to accept service of process on behalf of the City.

4. I have authorized the City's attorney in this matter, Raymond R. Mulera, to accept service of the summons and Complaint on my behalf.

Case 8:22-cv-03199-PJM   Document 16-4   Filed 05/10/23   Page 3 of 3

5/10/23                                        *David Eubanks* (signature)

_____                                        _____

Date                                                     David Eubanks

2