IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

MICHAEL MOMENT

   Plaintiff,

v.      Case No. 8:22-cv-03199-AAQ

AHMED RAHIMI, et al

   Defendants.

\*\*  \*  \*  \*  \*  \*  \*  \*  \*

**DEFENDANT KYLE ROBISON'S MOTION TO DISMISS OR, IN
THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Defendant Kyle Robison, pursuant to Federal Rules Civil Procedure 12 (b)(6) and 56, by and through undersigned counsel, respectfully moves the Court to dismiss or, alternatively for summary judgment on all claims against him in the above-captioned matter. A memorandum in support of this motion is filed herewith.

Respectfully submitted,

/s/ Raymond R. Mulera

_____

Raymond R. Mulera
Federal Bar # 09454
rmulera@lgit.org
7225 Parkway Drive
Hanover, Maryland  21076
Office (443) 451-1700
Facsimile (443) 561-1701

Counsel for Kyle Robison