IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL MOMENT | * | |
| Plaintiff | * | Civil Action No. 8:22-cv-03199-AAQ |
| v. | * | |
| AHMED RAHIMI, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

MARC ELRICH, one of the Defendants, by KARPINSKI, CORNBROOKS & KARP, P.A. and KEVIN KARPINSKI, his attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), respectfully requests this Honorable Court dismiss all claims against him with prejudice as Plaintiff has failed to state any claim against Defendant Elrich upon which relief may be granted. Grounds for the requested relief are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

KARPINSKI, CORNBROOKS & KARP, P.A.

BY: \_\_\_\_\_/s/ Kevin Karpinski\_\_\_\_\_
KEVIN KARPINSKI, #11849
AIS #9312150114
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202-1617
410-727-5000
Kevin@bkcklaw.com
*Counsel for Marc Elrich*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June 2023, the foregoing was electronically filed with notice to:

Raymond R. Mulera, Esquire
Local Government Insurance Trust
7225 Parkway Drive
Hanover, Maryland 21076
***Counsel for Defendants City of Takoma Park,
Kate Stewart, Antonio Devaul,
Michelle Holmes, Kyle Robison & Daniel Bushman***

and sent via first class mail, postage prepaid to:

Mr. Michael Moment
18010 Trenton Place, #301
Washington, D.C. 20020
***Pro Se Plaintiff***

Ahmed Rahimi
4903 Annapolis Road
Bladensburg, Maryland 20710
***Defendant***

Evans Fomunyoh
6600 New Hampshire Avenue
Takoma Park, Maryland 20912
***Defendant***

"Non-Profit Organization Montgomery County Corporation"
101 Monroe Street
Rockville, Maryland 20850-2503
***Defendant***

                                                 /s/ Kevin Karpinski
                                            *Counsel for Defendant Marc Elrich*