# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

MICHAEL MOMENT,

    Plaintiff,

v.

AHMED RAHIMI, et al.,

    Defendants.

Civil Action No.: PJM-22-3199

## ORDER

On August 30, 2023, this Court issued an Order requiring Plaintiff Michael Moment to show cause why the above-captioned Complaint should not be dismissed without prejudice for failure to effect service of process as directed in the Court's Order issued June 20, 2023. ECF No. 34. Plaintiff was forewarned that failure to show cause would result in dismissal of the Complaint against unserved Defendants Ahmed Rahimi, Evans Fomunyoh, Kate Stewart, Antonio Devaul, Michelle Holmes, Daniel Bushman, City of Takoma Park, and Montgomery County. *Id.* To date, Plaintiff has failed to respond to the order.

Accordingly, it is this 20 day of September, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice as to Defendants Rahimi, Fomunyoh, Stewart, Devaul, Holmes, Bushman, City of Takoma Park, and Montgomery County; and

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and counsel of record.

                                                PETER J. MESSITTE
                                                UNITED STATES DISTRICT JUDGE