IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Michael Moment,** | * |
| Plaintiff | * |
| v. | * Civil No. **PJM 22-cv-3199** |
| **Ahmed Rahimi, et al.,** | * |
| Defendants. | * |

## ORDER TO SHOW CAUSE

Pro se Plaintiff Michael Moment, having failed to respond to Defendants Kyle Robison and Marc Elrich's Motions to Dismiss (ECF Nos. 23, 30) within twenty-eight (28) days of receiving a Rule 12/56 letter advising him that he must file a response to said Motions to Dismiss within twenty-eight (28) days of the date of the letter, *i.e.*, by June 20, 2023 and June 30, 2023 respectively, it is, this 17 day of October, 2023

**ORDERED**, that Plaintiff show good cause in writing within **10 DAYS** of the entry of this Order as to why Plaintiff's lawsuit should not be dismissed for failure to answer Defendants Robison and Elrich's Motions to Dismiss.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE